

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 9, 2021

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *United States v. Tishawn Woods,* 21-MJ-3696

Dear Judge Krause:

      Defendant Tishawn Woods has been arrested, and will be brought before the Court for his initial appearance on the above-referenced Complaint, which charges violations of 18 U.S.C. §§ 1951 and 924(c). Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint and arrest warrant.

      Thank you for your consideration.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                  United States Attorney

              By:          _/s/ Jeffrey C. Coffman_

                                  Jeffrey C. Coffman
                                  Assistant United States Attorney
                                  (914) 993-1940

SO ORDERED:

_/s/ Andrew Krause_
HON. ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York